2008-27643
FILED
November 07, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001496593

HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for Movants
Scott, et al.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re<br><br>TRUXEL PROPERTIES, LLC,<br><br>Debtor. | Case No.: 08-27643-A-7<br>DC No.: HSM-002<br>Date: November 3, 2008<br>Time: 9:00 a.m.<br>Place: 501 I Street, 7th Flr.<br>Sacramento, CA 95814<br>Dept. A, Courtroom 28<br>Judge: Michael S. McManus |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
BY CREDITORS SCOTT, ET AL.**

The Motion for Relief from the Automatic Stay (the "Motion") filed by Hefner, Stark & Marois, LLP, counsel of record for Creditors Scott, et al. ("Movants"), came on regularly for hearing on November 3, 2008, at 9:00 a.m. in Courtroom 28, 7th floor of the above-entitled court, the Honorable Michael S. McManus presiding. Howard S. Nevins of Hefner, Stark & Marois, LLP appeared on behalf of Movants. John R. Roberts, the Chapter 7 Trustee in this case, appeared telephonically. There were no other appearances at the hearing on the Motion.

Having considered the Motion and papers filed in support thereof, no opposition having been filed, due and proper notice having been given, the court having issued its Tentative Ruling granting the Motion, and good cause appearing therefore;

**IT IS HEREBY ORDERED THAT** the Motion is granted, as follows:

1. The automatic stay is modified so that Movants may exercise their rights and remedies under applicable nonbankruptcy law and the deed of trust recorded February 23, 2007, with the Sacramento County Clerk Recorder, against the real property denoted APN: 204-0193-062 and 204-0193-063, located at 8101 Antelope Road, Citrus Heights, California, consisting of 9.2 acres of land on which a forty-six (46) lot tentative map has been issued, commonly known as the Muschetto Subdivision (the "Property"). The Property is more particularly described in the Legal Description attached as Exhibit "C" to the Exhibits Cover Sheet filed with the Motion;

2. The automatic stay is modified so that Movants may proceed with and consummate a judicial foreclosure action in the appropriate state court against the Property, the Debtor, and others, should Movants determine that certain title issues necessitate such an approach. In that event, Movants shall be permitted to litigate issues related to title and to obtain possession of the Property following sale.

3. No other relief is ordered.

Dated: November 07, 2008

By the Court

Michael S. McManus
United States Bankruptcy Judge

K:\Wori, Robert & Lyn\Truxel Properties LLC (7475-0001)\Muschetto\pldg mrs order.wpd