2008-27643
FILED
December 01, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001534589

E. John Vodonick (SB#063089)
PO Box 763
Nevada City, California 95959
Telephone: (530) 478•1078
Facsimile: (530) 687•6304

Attorney for: John Bright, Roy Bright,
 Gary Hanson, John Chamorro

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRUXEL Properties, LLC<br><br>Debtor. | Case No. 08-27643-A07<br><br>Chapter 7<br><br>Docket Control No. EJV-3<br><br>DATE: December 1, 2008<br>TIME: 9:00 a.m.<br>CTRM: 28<br>JUDGE Michael S. McManus<br><br>501 "I Street<br>Sacramento, CA 95814 |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY BY**

**CREDITOR JOHN BRIGHT**

The motion for Relief from the Automatic Stay (Motion) filed by E. John Vodonick on behalf of John Bright (Movant), came on regularly for hearing on December 1, 2008 at the hour of 9:00 a.m. in Courtroom 28, of the above entitled court, the Honorable Michael s. McManus, Judge, presiding. E. John Vodonick appeared on behalf of Movant. There were no other appearances at the hearing of the motion.

Having reviewed and considered the Motion and papers filed in support thereof, no

RECEIVED
December 01, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001534589

-1-

opposition being filed, and due and proper notice having been given, the court having issued its Tentative Ruling granting the Motion, and good cause appearing therefore;

**IT IS HEREBY ORDERED THAT** the Motion is granted, as follows:

1. The automatic stay is modified so that Movant may exercise his rights and remedies under applicable nonbankruptcy law and the deed of trust recorded with the Sacramento County Recorder, against the real property denoted APN: 204-0193-062 and 204-0193-063 (the Property), located at 8101 Antelope Road, Citrus Heights, California, , California, consisting of 9.2 acres of land on which a thirty-six (46) lot tentative map has been issued, commonly known as the Muschetto Subdivision. The Property is more particularly described in the Exhibits filed in support of the motion;

2. The automatic stay is modified so that Movant may proceed with and complete a non-judicial foreclosure sale and to obtain possession of the Property following the sale and/or proceed with and consummate a judicial foreclosure action in the appropriate state court against the Property, the Debtor and others, should Movant determine that certain title issues necessitate such an approach. In that event Movant shall be permitted to litigate issues related to title and to obtain possession of the Property following sale.

3. No other relief is ordered.

Dated: December 01, 2008

By the Court

Michael S. McManus
United States Bankruptcy Judge

-2-