E. John Vodonick (SB#063089)
PO Box 763
Nevada City, California 95959
Telephone: (530) 478•1078
Facsimile: (530) 687•6304

Attorney for: John Bright, Roy Bright,
Gary Hanson, John Chamorro

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRUXEL Properties, LLC ) | Case No. 08-27643-A07 |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | Docket Control No. EJV-2 |
| ) | |
| ) | DATE: December 1, 2008 |
| ) | TIME: 9:00 a.m. |
| ) | CTRM: 28 |
| ) | JUDGE Michael S. McManus |
| ) | |
| ) | 501 "I Street |
| ) | Sacramento, CA 95814 |
| ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY BY**

**CREDITORS JOHN BRIGHT, ROY BRIGHT, GARY HANSON, JOHN CHAMORRO**

The motion for Relief from the Automatic Stay (Motion) filed by E. John Vodonick on behalf of John Bright, Roy Bright, Gary Hanson and John Chamorro (Movants), came on regularly for hearing on December 1, 2008 at the hour of 9:00 a.m. in Courtroom 28, of the above entitled court, the Honorable Michael s. McManus, Judge, presiding. E. John Vodonick appeared on behalf of Movants. There were no other appearances at the hearing of the motion.

Having reviewed and considered the Motion and papers filed in support thereof, no

-1-

opposition being filed, and due and proper notice having been given, the court having issued its Tentative Ruling granting the Motion, and good cause appearing therefore;

**IT IS HEREBY ORDERED THAT** the Motion is granted, as follows:

1. The automatic stay is modified so that Movants may exercise their rights and remedies under applicable nonbankruptcy law and the deeds of trust recorded with the Placer County Recorder, against the real property denoted APN: 052-080-012 (the Property), located at 12520 New Airport Road, Auburn, California, consisting of 14 acres of land on which a thirty-six (36) lot tentative map has been issued, commonly known as the Briar Meadows Subdivision. The Property is more particularly described in the Exhibits filed in support of the motion;

2. The automatic stay is modified so that Movants may proceed with and complete a non-judicial foreclosure sale and to obtain possession of the Property following the sale and/or proceed with and consummate a judicial foreclosure action in the appropriate state court against the Property, the Debtor and others, should Movants determine that certain title issues necessitate such an approach. In that event Movants shall be permitted to litigate issues related to title and to obtain possession of the Property following sale.

3. No other relief is ordered.

Dated: December 01, 2008

By the Court

Michael S. McManus
United States Bankruptcy Judge

-2-