**2**

1

2  **FRED W. KAISER**
Attorney at Law
3  State Bar No. 084158
865 University Avenue
4  Sacramento, CA 95825
Telephone (916) 924-7500
5  Facsimile (916) 924-0883

6  Attorney for Joemar, Ltd

7

8        UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF CALIFORNIA

9                              SACRAMENTO DIVISION

10

11  In re                                  )    Case Number: **08-27643-A-7**
                                           )
12  TRUXEL PROPERTIES, LLC,                )    D.C. No. FWK-001
                                           )
13              Debtor.                     )    **CERTIFICATE OF SERVICE**
    _____     )
14                                               _____

15                                          Date:  April 13, 2009
                                            Time:  9:00 a.m.
16                                          Place: Courtroom 28, 7th Fl., 501 I St.,
                                            Sacramento, CA; Before the Honorable
17                                          Michael S. McManus

18

19        I, MADONNA PADJEN, declare:

20        I am a citizen of the United States and employed in the  County of Sacramento.  I am

21  over the age of eighteen years and not a party to the within action.  My business address is

22  865 University Avenue, Sacramento, California 95825.  I am readily familiar with the Law

23  Office of Fred W. Kaiser's daily practice of collecting and processing of pleadings and

24  correspondence for mailing with the United States Postal Service.

25        On March 24, 2009,  I served 1) NOTICE OF MOTION FOR ORDER

26  GRANTING RELIEF FROM THE AUTOMATIC STAY; 2) MOTION FOR ORDER

27  GRANTING RELIEF FROM THE AUTOMATIC STAY; 3) DECLARATION OF BOB

28  PRESCOTT IN SUPPORT OF MOTION; 4) EXHIBITS; 5) RELIEF FROM STAY

INFORMATION SHEET; and 6) CERTIFICATE OF SERVICE

__X__ On the parties listed below by electronic means pursuant to FRCivP 5 as follows:

United States Trustee: ustpRegion17.sc.ecf@usdoj.gov

Walter R. Dahl, Attorney for Debtor: wdahl@dahllaw.net

John R. Roberts, Chapter 7 Trustee: court@bankruptcy-info.com

__X__ By placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and placing the envelopes in the firm's daily mail processing center for mailing on the above date, in the United States post office mailbox at Sacramento, California, addressed to:

Truxel Properties, LLC
P.O. Box 2751
Carmichael, CA 95609

Equity Trust Company Custodian
FBO Karyn Layvonne White IRA 71431
3031 Stanford Ranch Rd, Ste 2-142
Rocklin, CA 95765

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on March 24, 2009.

/s/ Madonna Padjen
_____
**MADONNA PADJEN**

2